UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DANIEL G. DELATTE**                                                                                             **CIVIL ACTION**

**VERSUS**                                                                                                                  **NO. 06-5878**

**UNION STANDARD INSURANCE CO.**                                                                   **SECTION "K" (2)**

### ORDER

Before the Court is Plaintiff's Motion for Partial Summary Judgment (Rec.Doc.No. 3). According to Rule 56 of the Federal Rules of Civil Procedure, a party seeking recovery on a claim must wait 20 days after the commencement of the action to move for summary judgment. FED. R. CIV. P. 56. *See Entron, Ltd. v. Crane Vessel Titan 2*, 1995 WL 258310, at *1 (E.D. La. Apr. 27, 1995). The action was filed on September 12, 2006, and the motion seeking judgment on the bad faith claim was made on September 20, 2006. Moreover, Summons were not issued until after the instant motion was filed. The motion is clearly premature. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Rec.Doc.No. 3) is **DENIED WITHOUT PREJUDICE** as **PREMATURE**.

New Orleans, Louisiana, on this  15th  day of November, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**